IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL G. BRISENO,<br><br>Defendant. | No. 15CR 145-J<br><br>Ct. 1:  18 U.S.C. §§ 2251(a) and (e)<br>(Production of Child Pornography)<br><br>Ct. 2:  18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)<br>(Possession of Child Pornography) |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about June 25, 2015, in the District of Wyoming, the Defendant, **SAMUEL G. BRISENO,** knowingly used a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, said visual depiction having been produced using material, including a Motorola cell phone, that that been mailed, shipped, and transported in or affecting interstate or foreign commerce.

In violation of 18 U.S.C. §§ 2251(a) and (e).

## COUNT TWO

On or about June 28, 2015, in the District of Wyoming, the Defendant, **SAMUEL G. BRISENO**, knowingly possessed material which contained an image or images of child pornography, as defined by 18 U.S.C. § 2256(8)(A), that involved a prepubescent minor, said

image or images having been produced using materials, including a Motorola XT912 cell phone, that had been mailed, shipped, and transported in and affecting interstate commerce.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

A TRUE BILL:

*Ink signature on file in the Clerk's Office*
FOREPERSON

_____
CHRISTOPHER A. CROFTS
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | SAMUEL G BRISENO, |
| **DATE:** | July 21, 2015 |
| **INTERPRETER NEEDED:** | No |
| **PLACE OF TRIAL:** | The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the Defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:<br><br>**No Preference** |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | **18 U.S.C. §§ 2251(a) and (e)**<br>(Production of Child Pornography)<br><br>15-30 Years Imprisonment<br>$250,000 Fine<br>Up To Life Supervised Release<br>$100 Special Assessment<br><br>**18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)**<br>(Possession of Child Pornography)<br><br>0-10 Years Imprisonment<br>$250,000 Fine<br>Up To Life Supervised Release<br>$100 Special Assessment<br><br>*TOTAL PENALTIES:*<br><br>*15-30 Years Imprisonment*<br>*$500,000 Fine*<br>*Up To Life Supervised Release*<br>*$200 Special Assessment* |

| | |
|---|---|
| **AGENT:** | Shannon Reinert / ICE-ICAC |
| **AUSA:** | James C. Anderson, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |