# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

**UNITED STATES OF AMERICA**

VS

**SAMUEL G BRISENO**
**DEFENDANT**

**Case No.** 15-CR-145-ABJ   **Date** 8/13/15
**Time** 9:32-9:42
☑ Indictment   ☐ Information
☐ Complaint   ☐ Other
☑ IA   ☐ ARR   ☐ Det
☐ Prelim   ☐ Rule 5

**Offense** 2 counts pertaining to to Child Pornography

**Before the Honorable,** Scott W. Skavdahl

| Darci Smith | Anne Bowline | Chelynne Hallock | Stephanie Sprecher | Ramsey/Berg |
|---|---|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** | **Asst. U.S. Attorney** | **Marshal** |

**INTERPRETER** _____

**Appeared:**   ☐ Voluntarily   ☑ In-Custody

☑ Defendant filed financial affidavit and is informed of consequences if any false information is given
☐ Attorney appearing  the Court appointed counsel for the defendant.
  ☐ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial Appearance:**   Date 8/13/2015   (Comments) defendant advised of the charges, his rights and the possible penalties.

**Arraignment:**   Held _____   Set For _____   Waived _____
☐ Defendant waives reading of indictment
☐ Defendant waives indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government

**Defendant Enters a Plea of:**
☐ Not guilty to count(s) _____ of an _____
☐ Guilty to count(s) _____ of an _____

**Not Guilty Plea**
☐ Court orders discovery per rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☐ Motions to be filed in ____ days or On / Before _____
☐ Trial date set for ____ at ____ In
☐ Speedy trial expires on _____

**Guilty Plea**
☐ Court is satisfied there is factual basis for a plea of guilty
☐ Defendant referred to probation for presentence investigation
☐ Defendant advised on consequence of a plea of guilty
☐ Plea agreement filed
☐ Sentencing set for ____ at ____ In
☐ Plea conditionally accepted

**Other:**
Detention/Arraignment set for 8/18/15 in Cheyenne before Magistrate Judge Rankin

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court

Bail Review / Detention Hearing:   **Held**_____   **Set For**_____   **Waived**_____
Bond Is:   ☐ Defendant is detained and committed to the custody of the U. S. Marshal

☐ Set at $_____   ☐ Cash   ☐ Surety   ☐ Unsecured
☐ Continued on the same terms and conditions

**Terms and Conditions:**

☐ Obey all laws, Federal, State and Local
☐ Seek/Maintain employment
☐ 3rd party custody of _____
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing
☐ Do not obtain passport
☐ Surrender passport to _____

☐ Maintain current residence
☐ Report to Pretrial Services as directed
☐ Travel restricted to _____
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Avoid all contact with_____
_____
☐ Post property or sum of money
☐ Undergo medical/psychiatric treatment/exam

**Other:**
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Preliminary Hearing:**   **Held**_____   **Set For**_____   **Waived**_____
Witnesses   _____
_____

Outcome:   ☐ Bound over to District Court   ☐ Dismissed

**Removal Hearing:**   **Held**_____   **Set For**_____   **Waived**_____

**Identity Hearing:**   **Held**_____   **Set For**_____   **Waived**_____

Court orders defendant held to answer to U.S. District Court, District of _____
☐ Bond to transfer         Defendant to report on or before _____
☐ Warrant of removal and final commitment to issue

**Other:**
_____
_____
_____

MAGISTRATE CRIMINAL PROCEEDING SHEET
Disposition by District Court