# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

                        Plaintiff,

vs.                                              Case Number: 15-CR-145-ABJ

SAMUEL G BRISENO

                        Defendant,

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO THE BAIL REFORM ACT

**Location:** Cheyenne Courtroom #3

    2120 Capitol Avenue        Date: August 18, 2015

    Cheyenne, WY 82001        Time: 10:00 AM

    IT IS ORDERED: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: August 13, 2015

                                                                           Scott W. Skavdahl
                                                                           United States District Judge